**PLANTOWSKY FAMILY LIMITED PARTNERSHIP, by and through it general partner, PFLP Holdings Inc, Plaintiff–Appellant,**

v.

**Fredric R. HERBERT; Jeffrey M. Rubin; Scott H. Smith, Defendants–Appellees.**

No. 03–21114.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 14, 2004.

Eric S. Lipper, Hirsch & Westheimer, Houston, TX, for Plaintiff–Appellant.

---

* District Judge of the Eastern District of Louisiana, sitting by designation.

Teresa Letson Schneider, Winstead, Sechrest & Minick, Houston, TX, for Defendant–Appellee.

Before SMITH and GARZA, Circuit Judges, and VANCE *, District Judge.

PER CURIAM: **

We affirm the district court's judgment essentially for the reasons stated in its Order of October 1, 2003.

AFFIRMED.

---

** Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.